# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Honorable Marianne O. Battani |

_____

In re:  CERAMIC SUBSTRATES                )
                                          )
                                          )
_____ )
                                          )
This Document Relates to:                 )
                                          )
All Auto Dealer Actions                   )   2:16-cv-3802-MOB-MKM
All End-Payor Actions                     )   2:16-cv-3803-MOB-MKM
_____ )
                                          )
THIS RELATES TO:                          )
                                          )
LANDERS AUTO GROUP NO. 1, INC.,           )
D/B/A, LANDERS TOYOTA, et al.,            )
                                          )
              Plaintiffs,                 )
                                          )   2:16-cv-12194-SJM-MKM
       vs.                                )
                                          )
DENSO CORPORATION, et al.,                )
                                          )
              Defendants;                 )
and                                       )
                                          )
IFEOMA ADAMS, et al.,                     )
                                          )
              Plaintiffs,                 )
                                          )   2:16-cv-11804-MOB-MKM
       vs.                                )
                                          )
DENSO CORPORATION, et al.,                )
                                          )
              Defendants.                 )
_____ )

<u>STIPULATION AND ORDER REGARDING</u>
<u>CLASS ACTION COMPLAINTS AND MOTIONS TO DISMISS</u>

WHEREAS, End-Payor Plaintiffs ("EPPs") and Auto Dealer Plaintiffs ("ADPs") have filed the above-captioned actions ("Actions") against the Defendants, including DENSO Corporation and DENSO International America, Inc. ("Stipulating Defendants"), alleging violations of Section 1 of the Sherman Act as well as various State antitrust, consumer protection, and unjust enrichment laws in connection with the sale of automobile Ceramic Substrates.  So as to preserve both party and judicial resources, ADPs, EPPs, and Defendants DENSO Corporation and DENSO International America, Inc., (collectively, "Stipulating Parties"), by and through their undersigned counsel, stipulate to the following with respect to the Actions:

1.      Counsel for Stipulating Defendants agrees to accept service of the EPP complaint, filed on May 20, 2016, and the ADP complaint, filed on June 14, 2016, on behalf of the Stipulating Defendants, in satisfaction of the requirements of Fed. R. Civ. P. 4.

2.      Stipulating Parties are working to resolve several outstanding issues. As such, Stipulating Defendants' obligation to answer, move, or otherwise respond to the operative complaint(s) shall be stayed pending resolution of these issues.  Once resolved, Stipulating Parties shall meet and confer to agree upon a reasonable schedule for the filing of answers, motions, or other responses to the operative complaint(s).

3.      Stipulating Parties further stipulate and agree that the entry into this stipulation by Stipulating Defendants shall not constitute a waiver of (a) any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure or (c) any other statutory or common law defenses that may be available to Stipulating Defendants in this or any other related actions

concerning ceramic substrates, except sufficiency of process and sufficiency of service of process. Stipulating Defendants expressly reserve the right to raise any such defenses (or any other defense) in response to (a) the current Complaint or any other amended and/or consolidated complaint that may be filed on behalf of any of the ADPs or EPPs, and/or (b) any complaint that may be filed in any related action concerning ceramic substrates.

**IT IS SO ORDERED**.

Date: August 10, 2016                                              s/Marianne O. Battani
                                                                              MARIANNE O. BATTANI
                                                                              United States District Judge

**STIPULATED TO AND APPROVED BY:**

Dated:  July 8, 2016

*/s/ Steven F. Cherry*
Steven F. Cherry
David P. Donovan
Brian C. Smith
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com

***Counsel for DENSO Corporation and DENSO International America, Inc.***

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Tel.: (248) 372-8252
Fax: (248) 213-2551
steve_zarowny@denso-diam.com

***Counsel for Defendant DENSO International America, Inc.***

Dated:  July 8, 2016

*/s/ Hollis Salzman*
Hollis Salzman
Bernard Persky
William V. Reiss
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
HSalzman@RobinsKaplan.com
BPersky@RobinsKaplan.com
WReiss@RobinsKaplan.com

Steven N. Williams

4

Demetrius X. Lambrinos
Elizabeth Tran
**COTCHETT, PITRE &
McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
fdamrell@cpmlegal.com
swilliams@cpmlegal.com
dlambrinos@cpmlegal.com
etran@cpmlegal.com

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY LLP**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Omar Ochoa
**SUSMAN GODFREY LLP**
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
Facsimile: (214) 754-1933
toxford@susmangodfrey.com
oochoa@susmangodfrey.com

*Attorneys for Plaintiff and Interim Co-Lead
Class Counsel for End-Payor Plaintiffs.*

Dated: July 8, 2016 /s/ Gerard V. Mantese
Gerard V. Mantese
(Michigan Bar No. P34424)
Alexander E. Blum
(Michigan Bar No. 74070)
**MANTESE HONIGMAN, P.C.**
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com
ablum@manteselaw.com

***Interim Liaison Counsel for Dealership
Plaintiffs***

Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
Evelyn Li
**CUNEO GILBERT & LaDUCA, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
johnc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com
vicky@cuneolaw.com
evelyn@cuneolaw.com

Don Barrett
David McMullan
Brian Herrington
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618
sraiter@larsonking.com

*Interim Co-Lead Class Counsel for Dealership Plaintiffs*

Brian Herrington
**HERRINGTON LAW, PA**
PO Box 3260
Ridgeland, MS 39158
Telephone: (601) 376-9331
brian@herringtonlawpa.com

*Counsel for Dealership Plaintiffs*